CLARK, Respondent, v. WELLS FARGO & CO., Appellant. (Supreme Court, Appellate Di-

vision, Second Department. November 27, 1908.) Action by Thomas Clark, an infant, by Annie Clark, his guardian ad litem, against Wells Fargo & Co. No opinion. Judgment and order of the Municipal Court unanimously affirmed, with costs.